JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ALEJANDRA ODILIA GRANILLO,**<br><br>Defendant. | Case No. CV 13-06736 WDK-JC<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of plaintiff G & G Closed Circuit Events, LLC and against defendant Alejandra Odilia Granillo, individually and d/b/a El Sabrosito Restaurant a/k/a Restaurante Pupuseria El Sabrosito, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Alejandra Odilia Granillo, individually and d/b/a El Sabrosito Restaurant a/k/a Restaurante Pupuseria El Sabrosito, shall pay the plaintiff, G & G Closed Circuit Events, LLC, $2,400.00 in total damages.

///

///

1    IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
2  mail or by telefax or by email, copies of this Judgment on counsel for the
3  defendant or the pro se defendant in this matter.
4
5
6  Dated: September 25, 2015        *[signature]*
7                                   _____
8                                   William Keller
9                                   United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28